JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSSLYN MURIU,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST LIFE INSURANCE CO., a Nebraska corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: CV 17-380-GW-SKx<br><br>**DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The court, having reviewed the stipulation of the parties dated September 26, 2018, and for good cause appearing therein, hereby dismisses the above-captioned cases with prejudice. The parties are to bear their own costs and fees.

IT IS SO ORDERED

DATED: September 27, 2018

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

1
DISMISSAL